PARSONS *v.* MANCHESTER.

In an action by a traveller against a town for injuries from a defective highway, a motion for a nonsuit for want of notice of the defect is properly denied, if there is evidence tending to show that the town ought to have discovered and remedied the defect before the accident.

CASE, for injuries occasioned to a traveller by a pile of dirt in a street. Verdict for the plaintiff. The evidence tended to show that the defect had existed about ten hours before the accident, that the highway officers had no knowledge of it, and that the street was much travelled. The defendants moved for a nonsuit on the ground that they had no notice of the defect.

*Burnham, Brown & Warren*, for the plaintiff.

*Edwin F. Jones* and *Sulloway & Topliff*, for the defendants.

CHASE, J. It might properly be found by the jury that such an obstruction, continuing about ten hours in such a street, would attract attention, and that, in the exercise of ordinary care, the defendants would have discovered and remedied it before the accident.

*Judgment on the verdict.*

CLARK, J., did not sit: the others concurred.